<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| YUSEF IBRAHIM, | : | |
| | : | |
| Petitioner, | : | Civ. No. 21-3633 (GC) (TJB) |
| | : | |
| v. | : | |
| | : | |
| BRUCE DAVIS, et al., | : | **MEMORANDUM & ORDER** |
| | : | |
| Respondent. | : | |

<u>**CASTNER, District Judge**</u>

Plaintiff, Yusef Ibrahim ("Plaintiff" or "Ibrahim"), is a state prisoner proceeding *pro se* with a Complaint filed pursuant to 42 U.S.C. § 1983. (*See* ECF 1). On November 28, 2023, this Court proceeded Plaintiff's Complaint in part. (*See* ECF 11 & 12). Most relevant to this Memorandum and Order, this Court proceeded Claim 19 against Defendant Officer Pazik. However, in a letter filed on December 19, 2023, Plaintiff indicated that he wishes to have all claims against Defendant Pazik withdrawn. (*See* ECF 14). Thus, this Court will now dismiss that previously proceeded claim against Defendant Pazik without prejudice.

Additionally, this Court proceeded Claims 11 and 13 against Defendant J. Patterson and Claim 20 against Defendant S. Patterson. However, the Order proceeding the Claims 11 & 13 as well as Claim 20 only referred to the Defendants' surname, but not their first initial. Thus, this Court will amend the November 23, 2023 Order proceeding certain claims to include the different Defendants first name initial for sake of clarity.

Accordingly, IT IS on this 20th day of December 2023,

ORDERED that Claim 19 against Defendant Pazik is dismissed without prejudice given Plaintiff's statement to this Court that he no longer wishes to pursue any claims against Defendant Pazik; and it is further

ORDERED that the November 28, 2023 Order proceeding certain claims is amended as follows: (1) Claim 11 is proceeded against Defendant J. Patterson; and (2) Claim 13 is proceeded against Defendant S. Patterson; and it is further

ORDERED that the Clerk shall serve this Memorandum and Order on Plaintiff by regular U.S. mail.

          *s/ Georgette Castner*
          GEORGETTE CASTNER
          UNITED STATES DISTRICT JUDGE